DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELEUTERIO ORTIZ OLIVO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3895

[March 22, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 311999CF000886A.

Eleuterio Ortiz Olivo, Bowling Green, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***